IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRICIA WATKINS,<br><br>           Plaintiff,<br><br>vs.<br><br>INFOGROUP, INC.,<br><br>           Defendant. | 8:11CV378<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on April 29, 2013, by Diana J. Vogt, attorney for Tricia Watkins, and Susan M. Schneider, attorney for Infogroup, Inc.,

**IT IS ORDERED that**:

1. By close of business on **May 10, 2013**, the plaintiff shall file a motion to dismiss in accordance with 31 U.S.C. § 3730(b)(1) which provides "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1).

Dated this 29th day of April, 2013.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                           United States Magistrate Judge